UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:07-CR-141-1F

| | | |
|---|---|---|
| **United States Of America** | ) | AMENDED |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Alexis Shauntrice Wright** | ) | |

On May 14, 2008, Alexis Shauntrice Wright appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Wire Fraud in violation of 18 U.S.C. § 1343, was sentenced to a 5 year term of probation.

On April 28, 2010, Alexis Shauntrice Wright appeared with counsel before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina. The court found the defendant had violated the terms and conditions of the judgment as follows: failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer, using a controlled substance, failure to participate as directed by the probation officer in a mental health program, failure to work regularly at a lawful occupation, failure to submit truthful and complete written reports within the first five days of each month, absconded from supervision, and failure to notify the probation officer ten days prior to any change in residence.

On April 10, 2012, Alexis Shauntrice Wright appeared with counsel before the Honorable James C. Fox, Senior, U.S. District Judge in the Eastern District of North Carolina and pursuant to a mandate from the U.S. Court of Appeals for the Fourth Circuit was sentenced as follows:

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of time served.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 10th day of April, 2012.

_James C. Fox_
James C. Fox
Senior U.S. District Judge